No. 70–35. AUSTIN ET AL. v. MEYER ET AL. Appeal from D. C. M. D. Fla. Reported below: 319 F. Supp. 457;

No. 71–304. BYRNE, DISTRICT ATTORNEY OF SUFFOLK

COUNTY v. P. B. I. C., INC., ET AL. Appeal from D. C. Mass. Reported below: 313 F. Supp. 757; and

No. 71–1318. DAVIS v. PARKER. Appeal from D. C. C. D. Cal. Judgments vacated and cases remanded for further consideration in light of *Miller* v. *California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft. Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE DOUGLAS would affirm the judgments. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, would vacate the judgments and remand the cases for further proceedings not inconsistent with his dissent in *Paris Adult Theatre I* v. *Slaton, ante,* p. 73. See *Miller* v. *California, ante,* p. 47.